*Order Granting Oral Argument in Case Pending on Application for Leave to Appeal Entered November 13, 2015:*

ALTOBELLI v HARTMANN, No. 150656; reported below: 307 Mich App 612. The defendants in this case are principal members of a law firm. The operating agreement for the law firm contains a mandatory arbitration agreement covering any dispute, controversy or claim between the law firm and a current or former principal. The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the Court of Appeals correctly affirmed the trial court's denial of the defendants' motion to dismiss based on the operating agreement's mandatory arbitration provision because the plaintiff's claims are directed at the individual defendants, rather than the law firm. In addressing that issue, the parties may also address whether, under theories including but not limited to agency or equitable estoppel, a mandatory arbitration provision covering disputes "between the Firm . . . and any current or former Principal" may properly be invoked

to resolve disputes between managing principals and a former principal. The parties should not submit mere restatements of their application papers.

The application for leave to appeal as cross-appellant remains pending.

*Leave to Appeal Denied November 13, 2015:*